IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC. | : : : | Civil Action No.: 3:24-cv-0619-RK-JTQ |
| *Plaintiff,* | : | |
| v. | : | |
| LIDO TRANSPORT INC, INC., and DILSHOD O. MUKHAMADIEV and MADELINE MEDINA | : : : : : | |
| *Defendants.* | : | |

**NOTICE OF DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, A-One Commercial Insurance Risk Retention Group, Inc., hereby voluntarily dismisses the above captioned matter. By rule, this dismissal is without prejudice. *See* F.R.C.P. 41(a)(1)(B).

Respectfully submitted,

**ZARWIN, BAUM, DeVITO, KAPLAN, SCHAER, TODDY, PC**

By: **/s/ Brian G. Welsh, Esquire**
Brian G. Welsh, Esquire
Pennsylvania I.D. No. 90957
Attorney for Plaintiff,
A-One Commercial Insurance Risk Retention Group, Inc.
2005 Market Street, Suite 1600
Philadelphia, PA 19103
215-569-2800 - Telephone
267-765-9600 - Fax
bgwelsh@zarwin.com

Dated:  November 27, 2024