IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC. | : : : | Civil Action No.: 3:24-cv-06916-RK-JTQ |
| *Plaintiff,* | : : | |
| v. | : | |
| LIDO TRANSPORT INC, INC., and DILSHOD O. MUKHAMADIEV and MADELINE MEDINA | : : : : : | |
| *Defendants.* | : | |

## NOTICE OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, A-One Commercial Insurance Risk Retention Group, Inc., hereby voluntarily dismisses the above captioned matter. By rule, this dismissal is without prejudice. *See* F.R.C.P. 41(a)(1)(B).

Respectfully submitted,

**ZARWIN, BAUM, DeVITO, KAPLAN, SCHAER, TODDY, PC**

By: **/s/ Brian G. Welsh, Esquire**
    Brian G. Welsh, Esquire
    Pennsylvania I.D. No. 90957
    Attorney for Plaintiff,
    A-One Commercial Insurance Risk
    Retention Group, Inc.
    2005 Market Street, Suite 1600
    Philadelphia, PA 19103
    215-569-2800 - Telephone
    267-765-9600 - Fax
    bgwelsh@zarwin.com

Dated: November 27, 2024

**SO ORDERED**

Robert Kirsch, U.S.D.J.
Date: 2/24/25